# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:12-CR-00164-APG-VCF |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | |
| ) | |
| MICHAEL SOBESKY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant Michael Sobesky was transported to the Federal Medical Center at Butner, North Carolina for a psychiatric evaluation pursuant to 18 U.S.C. 4243. That evaluation is now complete, and the Court must conduct a hearing pursuant to 18 U.S.C. 4243(c). Mr. Sobesky must be transported back to the District of Nevada immediately so that he and his counsel may prepare for that hearing. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Michael Sobesky shall be immediately transported back to the District of Nevada for further legal proceedings, by no later than 30 days from the entry of this Order.

Dated this 26th day of November, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE